IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLIN
CHARLOTTE DIVISION
CIVIL ACTION NO.5:07CR14-V

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| FRANCISCO NUNEZ, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Motion for Leave to Appear Pro Hac Vice" (document #25) of defense counsel R. Patrick Fagerberg. For the reasons set forth therein, the Motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: May 15, 2007

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge